**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TAWANNA L. WHITEHEAD,<br>*Plaintiff*,<br>v.<br>CITY OF ALLENTOWN,<br>*Defendant*. | No. 5:24-cv-06396 |

## ORDER

**AND NOW**, this 28th day of August, 2026, upon consideration of Defendant's Motion for Summary Judgment and accompanying Brief in Support (Dkt. 38), Plaintiff's Brief Opposing Defendant's Motion (Dkt. 42), and Defendant's Reply Brief in Support (Dkt. 45), it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is directed to mark this matter as **CLOSED**.

BY THE COURT:

GAIL A. WEILHEIMER, J.